UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

Case No. 04-80370

v.

Hon. John Corbett O'Meara

D-1    ALI ABDUL KARIM FARHAT, *et al.,*

       Defendants.

_____/

## **ORDER**

The court held oral argument on various motions in this case on March 30, 2006. For the reasons stated on the record, the court rules as follows:

IT IS HEREBY ORDERED that

(1)    Defendants' February 15, 2006 Motion to Dismiss [Docket # 384] is DENIED.

(2)    Noura Berro's (D-9) February 15, 2006 Motion for Disclosure pursuant to Rules 404(b) and 609 [Docket # 386] is DENIED AS MOOT.

(3)    Akram Abdul Karim Berro's (D-4) February 15, 2006 Motion for Disclosure of Brady and/or Impeachment Materials Relating to Government Witnesses [Docket # 381] is DENIED AS MOOT.

(4)    Abdul Halim Berro's (D-7) June 20, 2005 Motion to Increase the Number of Peremptory Challenges [Docket # 278] is DENIED WITHOUT PREJUDICE.

(5)    Houda Mohamad Berro's (D-15) February 8, 2006 Motion to Exclude Evidence of Alleged Flight [Docket # 373] is DENIED WITHOUT PREJUDICE.

(6)    Akram Abdul Karim Berro's (D-4) February 15, 2006 Motion to Suppress

Evidence Seized under Wiretaps or for Evidentiary Hearing pursuant to <u>Franks v. Delaware</u> [Docket # 385] is DENIED.

(7)  Ali Abdul Karim Farhat (D-1) and Abdulamir Berro's (D-2) February 15, 2006 Motion to Suppress Fruits of Electronic Surveillance [Docket # 383] is DENIED.

(8)  Abdul Halim Berro's (D-7) June 20, 2005 Motion in Limine to Exclude 404(b) Evidence [Docket # 276] is DENIED WITHOUT PREJUDICE.

(9)  Houda Mohamad Berro's (D-15) February 8, 2006 Motion to Exclude Evidence of Other Acts pursuant to FRE 404(b) [Docket # 374] is DENIED WITHOUT PREJUDICE.

(10) Nassib Saadallah Berro's (D-18) March 9, 2006 Motion to Dismiss Indictment due to Pre-Indictment Delay and Request for Evidentiary Hearing [Docket # 426] is DENIED.

(11) Nassib Saadallah Berro's (D-18) March 9, 2006 Motion to Suppress Statement/Confession and Request for Evidentiary Hearing [Docket # 424] is DENIED.

These rulings also apply to any Defendants who joined in the relief requested in the above motions.

SO ORDERED.

                               s/John Corbett O'Meara
                               John Corbett O'Meara
                               United States District Judge

Dated:  April 7, 2006