UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                         Case No. 04-80370

v.

                                    Hon. John Corbett O'Meara

D-1   ALI ABDUL KARIM FARHAT, *et al.,*

       Defendants.
_____/

## ORDER

The government filed a Notice of Revised Election for Separate Trials on April 4, 2006. Defendants may submit responses or objections to the government's notice, to the extent such arguments are not already contained in their motions for severance, by April 20, 2006.

       SO ORDERED.


                                      s/John Corbett O'Meara
                                      John Corbett O'Meara
                                      United States District Judge


Dated:  April 7, 2006