UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,   Criminal No. 04-80370

      Plaintiff,   HON. JOHN CORBETT O'MEARA

v.

D-1 ALI FARHAT, et al,

      Defendants.
_____/

## ORDER GRANTING GOVERNMENT'S MOTION TO WAIVE REQUIREMENT TO PROVIDE NOTICE TO ALL VICTIMS

      This matter is before the Court on the Government's Motion To Waive Requirement To Provide Notice To All Victims. Under 18 U.S.C. § 3664(d)(2)(A), the probation officer is required to provide notice to all identified victims of the offense or offenses of conviction, including, among other things, the amounts of restitution, the opportunity to submit information, and the date and time of the sentencing hearing. However, this notification is only required "to the extent practicable." For the reasons set forth in the government's motion, the Court finds that notice to all victims in this case is not practicable. Therefore,

      IT IS ORDERED that the notice requirement set forth in 18 U.S.C. § 3664(d)(2)(A) is waived.

        s/John Corbett O'Meara
      UNITED STATES DISTRICT JUDGE

Dated: September 29, 2006

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, September 29, 2006, by electronic and/or ordinary mail.

                                                    s/William Barkholz
                                                    Case Manager